United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

1/03/2012        16318        1/01/2012        1/01/2012  -  1/31/2012

# Charge Detail 1/01/2012 - 1/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-1736 | BARRY, CAROL | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3172 | CABRERA, LENORE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-6990 | CHARLES, VISSIA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-6430 | CUEVAS, MYRNA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-9130 | DAWSON, ERENE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-4820 | DENNIS, ORAL | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-8651 | EDWARDS, ELAINE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-0681 | ETRENNE, HEROLD | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-7069 | FILLYAW, SABRINA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3233 | FRITZ, DRSROSIERS | 1/01/2012 | SINGLE | 414.07 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 16318 | 1/01/2012 | 1/01/2012 - 1/31/2012 |
| XXX-XX-7070 | GIETKA, MIROSLAWA | 1/03/2012 | SINGLE | 414.07 |
| XXX-XX-7710 | GREENE, DORIS | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3293 | HALL, JULIET | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-6112 | HYMAN, GWENDOLYN | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-6030 | JALLIM, LUCITA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-3150 | JAMES, JENNIFER | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-1862 | JOHN, CARMELA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-1885 | MOFFATT, CEON | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-9840 | ORTIZ, JOSE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-1285 | PACHECO, BERNICE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-5864 | ROSE, KEROL | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-9980 | SCOTT, PORTIA | 1/01/2012 | SINGLE | 414.07 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 1/01/2012 | SINGLE | 414.07 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215                    1/03/2012          16318       1/01/2012     1/01/2012 - 1/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-1865 | SULLIVAN, GWENETTE | 1/01/2012 | SINGLE | 414.07 |
| | Count: 32 | Total: | | |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

1/03/2012      16318      1/01/2012      1/01/2012 - 1/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 32 | $13,250.24 | 0 | $0.00 | $13,250.24 |
| | Total | | $13,250.24 | | $0.00 | $13,250.24 |

United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

## Charge Detail  2/01/2012 - 2/29/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-1736 | BARRY, CAROL | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3172 | CABRERA, LENORE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-6990 | CHARLES, VISSIA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-6430 | CUEVAS, MYRNA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-9130 | DAWSON, ERENE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-4820 | DENNIS, ORAL | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-8651 | EDWARDS, ELAINE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-0681 | ETRENNE, HEROLD | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-7069 | FILLYAW, SABRINA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3233 | FRITZ, DESROSIERS | 2/01/2012 | SINGLE | 414.07 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

2/01/2012     18556     2/01/2012     2/01/2012     2/01/2012  -  2/29/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7070 | GIETKA, MIROSLAWA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-7710 | GREENE, DORIS | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3293 | HALL, JULIET | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-6112 | HYMAN, GWENDOLYN | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-6030 | JALLIM, LUCITA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-3150 | JAMES, JENNIFER | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-1862 | JOHN, CARMELA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-1885 | MOFFATT, CEON | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-9840 | ORTIZ, JOSE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-1285 | PACHECO, BERNICE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-5864 | ROSE, KEROL | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-9980 | SCOTT, PORTIA | 2/01/2012 | SINGLE | 414.07 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 2/01/2012 | SINGLE | 414.07 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215                    2/01/2012        18556        2/01/2012        2/01/2012 - 2/29/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | | | Billed Amount |
|---|---|---|---|---|---|---|
| XXX-XX-1865 | SULLIVAN, GWENETTE | 2/01/2012 | SINGLE | | | 414.07 |
| | Count: | 32 | Total: | | | |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

2/01/2012          18556          2/01/2012          2/01/2012 - 2/29/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 32 | $13,250.24 | 0 | $0.00 | $13,250.24 |
| | Total | | $13,250.24 | | $0.00 | $13,250.24 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

# Adjustments 2/01/2012 - 2/29/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 2/01/2012 | SINGLE | 414.07 |
| | | Count: 1 | Total: | 414.07 |

# Charge Detail 3/01/2012 - 3/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-1736 | BARRY, CAROL | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3172 | CABRERA, LENORE | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-6990 | CHARLES, VISSIA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-6430 | CUEVAS, MYRNA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-9130 | DAWSON, ERENE | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-4820 | DENNIS, ORAL | 3/01/2012 | SINGLE | 414.07 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

CAMB     20034

3/01/2012 - 3/31/2012

| Member Id | Name | Indiv. Cov Period | Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8651 | EDWARDS, ELAINE | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-0681 | ETRENNE, HEROLD | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-7069 | FILLYAW, SABRINA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3233 | FRITZ, DESROSIERS | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-7070 | GIETKA, MIROSLAWA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-7710 | GREENE, DORIS | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3293 | HALL, JULIET | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-6112 | HYMAN, GWENDOLYN | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-6030 | JALILIM, LUCITA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-3150 | JAMES, JENNIFER | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-1862 | JOHN, CARMELA | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 3/01/2012 | SINGLE | 414.07 |
| XXX-XX-1885 | MOFFATT, CEON | 3/01/2012 | SINGLE | 414.07 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | | Billed Amount |
|---|---|---|---|---|---|
| | | 3/01/2012 | 20034 | 3/01/2012   3/01/2012   3/01/2012 - 3/31/2012 | |
| XXX-XX-9840 | ORTIZ, JOSE | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-1285 | PACHECO, BERNICE | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-5864 | ROSE, KEROL | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-9980 | SCOTT, PORTIA | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 3/01/2012 | SINGLE | | 414.07 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 3/01/2012 | SINGLE | | 414.07 |
| | Count: 33 | Total: | | | |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

3/01/2012    20034    3/01/2012    3/01/2012 - 3/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 33 | $13,664.31 | 1 | $414.07 | $14,078.38 |
| | Total | | $13,664.31 | | $414.07 | $14,078.38 |

United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance. If sending a check, please make payable to the United Benefit Fund and mail it to address:

All roster changes must be made by the 15th of the month to be effective for that month. Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

**Charge Detail  4/01/2012 - 4/30/2012**

4/02/2012          20745          4/01/2012          4/01/2012 - 4/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-1736 | BARRY, CAROL | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3172 | CABRERA, LENORE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-6990 | CHARLES, VISSIA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-6430 | CUEVAS, MYRNA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-9130 | DAWSON, ERENE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-4820 | DENNIS, ORAL | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-8651 | EDWARDS, ELAINE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-0681 | ETRENNE, HEROLD | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-7069 | FILLIYAW, SABRINA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3233 | FRITZ, DRSROSIERS | 4/01/2012 | SINGLE | 414.07 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

4/02/2012          20745          4/01/2012          4/01/2012 - 4/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7070 | GIETKA, MIROSLAWA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-7710 | GREENE, DORIS | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3293 | HALL, JULIET | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-6112 | HYMAN, GWENDOLYN | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-6030 | JALLIM, LUCITA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-3150 | JAMES, JENNIFER | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-1862 | JOHN, CARMELA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-1885 | MOFFATT, CEON | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-9840 | ORTIZ, JOSE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-1285 | PACHECO, BERNICE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-5864 | ROSE, KEROL | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-9980 | SCOTT, PORTIA | 4/01/2012 | SINGLE | 414.07 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

4/01/2012 - 4/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7874 | SHEPHERD, LORETTA | 4/01/2012 | SINGLE | 414.07 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 4/01/2012 | SINGLE | 414.07 |
| | Count: 33 | | Total: | |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

4/02/2012    20745    4/01/2012    4/01/2012 - 4/30/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 33 | $13,664.31 | 0 | $0.00 | $13,664.31 |
| | Total | 33 | $13,664.31 | | $0.00 | $13,664.31 |

United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please
remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

## Charge Detail 5/01/2012 - 5/31/2012

5/02/2012     23113     5/01/2012     5/01/2012 - 5/31/2012

| Member Id | Name | Indiv. Cov Period | CMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-1736 | BARRY, CAROL | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3172 | CABRERA, LENORE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-6990 | CHARLES, VISSIA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-6430 | CUEVAS, MYRNA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-9130 | DAWSON, ERENE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-4820 | DENNIS, ORAL | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-8651 | EDWARDS, ELAINE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-0681 | ETRENNE, HEROLD | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-7069 | FILLYAW, SABRINA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3233 | FRITZ, DRSROSIERS | 5/01/2012 | SINGLE | 414.07 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

5/02/2012          23113          5/01/2012          5/01/2012 - 5/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7070 | GIETKA, MIROSLAWA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3293 | HALL, JULIET | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-6030 | JALLIM, LUCITA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-3150 | JAMES, JENNIFER | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-1862 | JOHN, CARMELA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-1885 | MOFFATT, CEON | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-9840 | ORTIZ, JOSE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-1285 | PACHECO, BERNICE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-5864 | ROSE, KEROL | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-9980 | SCOTT, PORTIA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 5/01/2012 | SINGLE | 414.07 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 5/01/2012 | SINGLE | 414.07 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

| | | | | |
|---|---|---|---|---|
| | 5/02/2012 | 23113 | 5/01/2012 | 5/01/2012 - 5/31/2012 |

Count: 31    Total:

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

5/02/2012          23113          5/01/2012          5/01/2012 - 5/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE   | 31    | $12,836.17 | 0 | $0.00 | $12,836.17 |
|      | Total    | 31    | $12,836.17 |   | $0.00 | $12,836.17 |

**Important Note:** If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

**PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.**

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

6/01/2012          23634          6/01/2012          6/01/2012 -          6/01/2012 -          6/30/2012 New York, NY 10018

## Charge Detail 6/01/2012 - 6/30/2012

| Member Id | Name | Indiv. Cov Period | CMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-7069 | FILLYAW, SABRINA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 6/01/2012 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

6/01/2012          23634          6/01/2012          6/01/2012 -  6/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-5864 | ROSE, KEROL | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-9980 | SCOTT, PORTIA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 6/01/2012 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 6/01/2012 | SINGLE | 478.20 |

Count:    29                                                    Total:

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

6/01/2012          23634          6/01/2012          6/01/2012 - 6/30/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| CAMB | SINGLE | 29 | $13,867.80 | 0 | $0.00 | $13,867.80 |
| | Total | | $13,867.80 | | $0.00 | $13,867.80 |

Important Note! If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

7/02/2012          24330          7/01/2012          7/01/2012 -   7/31/2012

## Charge Detail 7/01/2012 - 7/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS IABBE, SONIA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETIENNE, HEROLD | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-7069 | FILLYAW, SABRINA | 7/01/2012 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

7/02/2012     24330     7/01/2012     7/01/2012 - 7/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-3293 | HALL, JULIET | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-9980 | SCOTT, PORTIA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 7/01/2012 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 7/01/2012 | SINGLE | 478.20 |

Count:     30     Total:

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

7/02/2012        24330        7/01/2012        7/01/2012 - 7/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 30 | $14,346.00 | 0 | $0.00 | $14,346.00 |
| | Total | | $14,346.00 | | $0.00 | $14,346.00 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

8/01/2012          25491          8/01/2012          8/01/2012 - 8/31/2012

## Charge Detail 8/01/2012 - 8/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-7069 | FILLYAW, SABRINA | 8/01/2012 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

25491

8/01/2012 - 8/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-3293 | HALL, JULIET | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-9980 | SCOTT, PORTIA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 8/01/2012 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 8/01/2012 | SINGLE | 478.20 |

Count: 30    Total:

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

8/01/2012    25491    8/01/2012    8/01/2012 - 8/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| CAMB | SINGLE | 30 | $14,346.00 | 0 | $0.00 | $14,346.00 |
| | Total | | $14,346.00 | | $0.00 | $14,346.00 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

8/31/2012          26897          9/01/2012          9/01/2012 - 9/30/2012

## Charge Detail   9/01/2012 - 9/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-7069 | FILLYAW, SABRINA | 9/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

8/31/2012      26897      9/01/2012      9/01/2012 - 9/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-3293 | HALL, JULIET | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-9980 | SCOTT, PORTIA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 9/01/2012 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 9/01/2012 | SINGLE | 478.20 |

Count: 30      Total:

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

8/31/2012        26897        9/01/2012        9/01/2012 - 9/30/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 30 | $14,346.00 | 0 | $0.00 | $14,346.00 |
| | Total | | $14,346.00 | | $0.00 | $14,346.00 |

Important Note: If you're already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

10/02/2012        27828        10/01/2012        10/01/2012 - 10/31/2012

# Charge Detail 10/01/2012 - 10/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRLL | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETIENNE, HEROLD | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-7069 | FILLYAW, SABRINA | 10/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

10/02/2012        27828        10/01/2012    10/01/2012 - 10/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-0500 | GILBERT, PAULETTE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-9980 | SCOTT, PORTIA | 10/01/2012 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 10/01/2012 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

10/02/2012        27828        10/01/2012   10/01/2012 - 10/31/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-1865 | SULLIVAN, GWENETTE | 10/01/2012 | SINGLE | 478.20 |
| | Count:   32 | Total: | | |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

10/02/2012    27828    10/01/2012    10/01/2012 - 10/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| CAMB | SINGLE | 32 | $15,302.40 | 0 | $0.00 | $15,302.40 |
| | Total | | $15,302.40 | | $0.00 | $15,302.40 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:

United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

```
PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215
```

```
United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018
```

# Charge Detail 11/01/2012 - 11/30/2012

28448    11/01/2012    11/01/2012 - 11/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|-----------|------|-------------------|--------------------|--------------|
| XXX-XX-8230 | ABRAMS, DAVID | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETIENNE, HEROLD | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 11/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

28448          11/01/2012     11/01/2012 - 11/30/2012

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7069 | FILLYAW, SABRINA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 11/01/2012 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 11/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB | Coverage Type | Billed Amount |
|-----------|------|-------------------|------|---------------|---------------|
| | | 11/01/2012 | 28448 | 11/01/2012  11/01/2012 - 11/30/2012 | |
| XXX-XX-9980 | SCOTT, PORTIA | 11/01/2012 | | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 11/01/2012 | | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 11/01/2012 | | SINGLE | 478.20 |
| | Count: 34 | Total: | | | |

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
1 PROSPECT PARK WEST
BROOKLYN, NY 11215

11/01/2012        28448        11/01/2012        11/01/2012 - 11/30/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | Total | | $16,258.80 | | $0.00 | $16,258.80 |

Important Note! If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

12/06/2012          29183          12/01/2012          12/01/2012 - 12/31/2012

## Charge Detail 12/01/2012 - 12/31/2012

| Member Id | Name | Indiv. Cov Period | CMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 12/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

|  |  |  | 12/06/2012 | 29183 | 12/01/2012 | 12/01/2012 - 12/31/2012 |

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7069 | FILLYAW, SABRINA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 12/01/2012 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 12/01/2012 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB | Coverage Type | Billed Amount |
|---|---|---|---|---|---|
| | | 12/06/2012 | 29183 | 12/01/2012 | 12/01/2012 - 12/31/2012 |
| XXX-XX-9980 | SCOTT, PORTIA | 12/01/2012 | | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 12/01/2012 | | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 12/01/2012 | | SINGLE | 478.20 |

Count: 34    Total:

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators,
1430 Broadway, Suite 1303
New York, NY 10018

12/06/2012          29183          12/01/2012          12/01/2012 - 12/31/2012

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | Total | | $16,258.80 | | $0.00 | $16,258.80 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
74-15 Metropolitan Avenue
Middle Village, NY 11379

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

**PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.**