PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

## Charge Detail 2/01/2013 - 2/28/2013

2/01/2013    30528    2/01/2013    2/01/2013 - 2/28/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 2/01/2013 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 2/01/2013 | 30528 | 2/01/2013    2/01/2013 - 2/28/2013 |
| XXX-XX-7069 | FILLYAW, SABRINA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-5142 | MC RAY JR, WILLIAM | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 2/01/2013 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

2/01/2013          30528          2/01/2013          2/01/2013  -  2/28/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-9980 | SCOTT, PORTIA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 2/01/2013 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENNETTE | 2/01/2013 | SINGLE | 478.20 |
| | Count:        34 | | Total: | |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| | | | 2/01/2013 | 30528 | 2/01/2013 | 2/01/2013 - 2/28/2013 New York, NY 10018 |
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | Total | | $16,258.80 | | $0.00 | $16,258.80 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.

If sending a check, please make payable to the United Benefit Fund and mail it to address:

United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1103
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

## Charge Detail  3/01/2013  -  3/31/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 31159 | 3/01/2013 | 3/01/2013 - 3/31/2013 |
| XXX-XX-8230 | ABRAMS, DAVID | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 3/01/2013 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

3/01/2013          31159          3/01/2013          3/01/2013          3/01/2013 - 3/31/2013

| Member Id | Name | Indiv. Cov Period | CMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7069 | FILLYAW, SABRINA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 3/01/2013 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 3/01/2013 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | 3/01/2013 - 3/31/2013 | Billed Amount |
|---|---|---|---|---|---|
| | | 3/01/2013 | 31159 | 3/01/2013 | |
| XXX-XX-9980 | SCOTT, PORTIA | 3/01/2013 | SINGLE | | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 3/01/2013 | SINGLE | | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 3/01/2013 | SINGLE | | 478.20 |
| | Count:    34 | | Total: | | |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

3/01/2013    31159    3/01/2013    3/01/2013 - 3/31/2013

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | Total | | $16,258.80 | | $0.00 | $16,258.80 |

Important Note! If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:

United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

## Charge Detail  4/01/2013 - 4/01/2013 - 4/30/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-8230 | ABRAMS, DAVID | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 4/01/2013 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | | | Billed Amount |
|---|---|---|---|---|---|---|
| | | 4/01/2013 | 31866 | 4/01/2013 | 4/01/2013 - 4/30/2013 | |
| XXX-XX-7069 | FILLYAW, SABRINA | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-1885 | MOFFATT, CRON | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 4/01/2013 | SINGLE | | | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 4/01/2013 | SINGLE | | | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

4/01/2013   31866   4/01/2013   4/01/2013 - 4/30/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|-----------|------|-------------------|--------------------|---------------|
| XXX-XX-9980 | SCOTT, PORTIA | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 4/01/2013 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 4/01/2013 | SINGLE | 478.20 |
| | Count: 34 | | Total: | |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|------------|--------------|-------|
| | | 4/01/2013 | 31866 | 4/01/2013 | 4/01/2013 - 4/30/2013 | |
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | Total | | $16,258.80 | | $0.00 | $16,258.80 |

## Charge Summary

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please
remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

## Charge Detail  5/01/2013 - 5/31/2013

5/01/2013          32483          5/01/2013          5/01/2013 - 5/31/2013

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|-----------|------|-------------------|--------------------|--------------:|
| XXX-XX-8230 | ABRAMS, DAVID | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1736 | BARRY, CAROL | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-3172 | CABRERA, LENORE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-6990 | CHARLES, VISSIA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-6430 | CUEVAS, MYRNA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-4463 | DAVSON, JEAN | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-9130 | DAWSON, ERENE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-4820 | DENNIS, ORAL | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-8651 | EDWARDS, ELAINE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-0681 | ETRENNE, HEROLD | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1452 | FENTON, INGRID | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 5/01/2013 | SINGLE | 478.20 |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

| Member Id | Name | Indiv. Cov Period | CMMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | | 32483   5/01/2013   5/01/2013 - 5/31/2013 | |
| XXX-XX-7069 | FILLYAW, SABRINA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-0500 | GILBERT, PAULETTE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-3293 | HALL, JULIET | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-6030 | JALLIM, LUCITA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-3150 | JAMES, JENNIFER | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1862 | JOHN, CARMELA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-9034 | MARCELLE, MARILYN | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1885 | MOFFATT, CEON | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-6731 | MORGAN, EILEEN | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-9840 | ORTIZ, JOSE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1285 | PACHECO, BERNICE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1432 | RAVELLO, BARBARA | 5/01/2013 | SINGLE | 478.20 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

| Member Id | Name | Indiv. Cov Period | CAMB Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 5/01/2013 | 32483 | 5/01/2013 — 5/31/2013 |
| XXX-XX-9980 | SCOTT, PORTIA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 5/01/2013 | SINGLE | 478.20 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 5/01/2013 | SINGLE | 478.20 |
| | Count: 34 | | Total: | |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

5/01/2013          32483          5/01/2013     5/01/2013 - 5/31/2013

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| CAMB | SINGLE | 34 | $16,258.80 | 0 | $0.00 | $16,258.80 |
| | | Total | $16,258.80 | | $0.00 | $16,258.80 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1103
New York, NY 10018

## Charge Detail 6/01/2013 - 6/30/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 6/03/2013 | 33070 | 6/01/2013 - 6/01/2013 - 6/30/2013 | |
| XXX-XX-8230 | ABRAMS, DAVID | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1736 | BARRY, CAROL | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-3172 | CABRERA, LENORE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-6990 | CHARLES, VISSIA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-5967 | COLIHIAS LABBE, SONIA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-6430 | CUEVAS, MYRNA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-4463 | DAVISON, JEAN | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-9130 | DAWSON, ERENE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-4820 | DENNIS, ORAL | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-8651 | EDWARDS, ELAINE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-0681 | ETIENNE, HEROLD | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1452 | FENTON, INGRID | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 6/01/2013 | SINGLE | 545.15 |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

6/03/2013     33070     6/01/2013     6/01/2013     6/01/2013 -   6/30/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|-----------|------|-------------------|-------------------|---------------|
| XXX-XX-7069 | FILLYAW, SABRINA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-0500 | GILBERT, PAULETTE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-3293 | HALL, JULIET | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-6030 | JALLIM, LUCITA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-3150 | JAMES, JENNIFER | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1862 | JOHN, CARMELA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-9034 | MARCELLE, MARILYN | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1885 | MOFFATT, CEON | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-6731 | MORGAN, EILEEN | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-9840 | ORTIZ, JOSE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1285 | PACHECO, BERNICE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1432 | RAVELLO, BARBARA | 6/01/2013 | SINGLE | 545.15 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

6/03/2013          33070          6/01/2013          6/01/2013 - 6/30/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-9980 | SCOTT, PORTIA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 6/01/2013 | SINGLE | 545.15 |
| XXX-XX-1865 | SULLIVAN, GWENETTE | 6/01/2013 | SINGLE | 545.15 |
| | Count: 34 | | Total: | |

PROSPECT PARK RESIDENCE
C/o REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

## Charge Summary

| Plan | Coverage | | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|---|-------|---------|------------|--------------|-------|
| | | 6/03/2013 | | 33070 | 6/01/2013 | 6/01/2013 - 6/30/2013 | |
| STR | SINGLE | | 34 | $18,535.10 | 0 | $0.00 | $18,535.10 |
| | | Total | | $18,535.10 | | $0.00 | $18,535.10 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

## Charge Detail 7/01/2013 - 7/31/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|---|---|---|---|---|
| | | 7/02/2013 | 33648 | 7/01/2013 | 7/01/2013 - 7/31/2013 | | |
| XXX-XX-8230 | ABRAMS, DAVID | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1736 | BARRY, CAROL | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-3172 | CABRERA, LENORE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-6990 | CHARLES, VISSIA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-8050 | CHAVEZ, GLADYS | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-5967 | COLHIAS LABBE, SONIA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-6430 | CUEVAS, MYRNA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-3504 | DANIELS-ARTHUR, IRIL | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-4463 | DAVSON, JEAN | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-9130 | DAWSON, ERENE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-4820 | DENNIS, ORAL | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-8651 | EDWARDS, ELAINE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-0681 | ETRENNE, HEROLD | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1452 | FENTON, INGRID | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-3157 | FIGUEROA, HECTOR | 7/01/2013 | SINGLE | 545.15 |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204      7/02/2013      33648      7/01/2013      7/01/2013 - 7/31/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-7069 | FILLYAN, SABRINA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-0500 | GILBERT, PAULETTE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-3293 | HALL, JULIET | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-2572 | HEDGEPETH, MICHELLE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-4936 | HERNANDEZ, LUIS | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-6030 | JALLIM, LUCITA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-3150 | JAMES, JENNIFER | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1862 | JOHN, CARMELA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-9034 | MARCELLE, MARILYN | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-5142 | MC KAY JR, WILLIAM | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1885 | MOFFATT, CEON | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-6731 | MORGAN, EILEEN | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-9840 | ORTIZ, JOSE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1285 | PACHECO, BERNICE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-6573 | PREMPIN, MONIQUE | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1432 | RAVELLO, BARBARA | 7/01/2013 | SINGLE | 545.15 |

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

7/02/2013          33648     7/01/2013     7/01/2013 - 7/31/2013

| Member Id | Name | Indiv. Cov Period | STR Coverage Type | Billed Amount |
|---|---|---|---|---|
| XXX-XX-9980 | SCOTT, PORTIA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-7874 | SHEPHERD, LORETTA | 7/01/2013 | SINGLE | 545.15 |
| XXX-XX-1865 | SULLIVAN, GWENNETTE | 7/01/2013 | SINGLE | 545.15 |
| Count: | 34 | | Total: | |

United Benefit Fund
c/o Omni Administrators
1430 Broadway, Suite 1303
New York, NY 10018

PROSPECT PARK RESIDENCE
C/O REGENCY OF BORO PARK
5110 19TH AVENUE
BROOKLYN, NY 11204

7/02/2013          33648      7/01/2013      7/01/2013 - 7/31/2013

## Charge Summary

| Plan | Coverage | Count | Charges | Adj. Count | Adj. Charges | Total |
|------|----------|-------|---------|-----------|--------------|-------|
| STR | SINGLE | 34 | $18,535.10 | 0 | $0.00 | $18,535.10 |
| | Total | | $18,535.10 | | $0.00 | $18,535.10 |

Important Note: If you've already deducted the credit noted in the 'Adjustments' section <above>, please remember not to deduct from this month's remittance.
If sending a check, please make payable to the United Benefit Fund and mail it to address:
United Benefit Fund
150-28 Union Tpke, Suite 250
Flushing, NY 11367

All roster changes must be made by the 15th of the month to be effective for that month.
Additions, terms, or changes after the 15th will take effect the 1st of the following month.

PLEASE NOTE: EMPLOYERS NOT USING THE ONLINE BENEFITS PORTAL
MUST SUBMIT ROSTER CHANGES NO LATER THAN THE 1ST OF THE MONTH - NO EXCEPTIONS.